572-87 #10
CPL/DPD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEILA A. CAMPBELL, ) | CASE NO. 07 0245 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION OF DISMISSAL** |
| ) | |
| FYDA FREIGHTLINER PITTSBURGH ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

Now come the Parties, and hereby notify this Honorable Court that the Plaintiff and the Defendants hereby stipulate to the dismissal, with prejudice, of the individual Defendants named herein. Specifically, the Parties stipulate and agree that the individual Defendant Paul Naman and the individual Defendant Gregg Rice are hereby dismissed, with prejudice, from the above captioned action.

APPROVED BY:

_____
PETER M. SUWAK
JOHN R. JORDAN
Pete's Surplus Building
P.O. Box 1
Washington, Pennsylvania 15301
Email: pmsuwakesq@comcast.net
Attorneys for Plaintiff

_____
CHRISTOPHER P. LACICH #65267
DANIEL P. DASCENZO #0070280
Roth, Blair, Roberts, Strasfeld & Lodge, L.P.A.
100 Federal Plaza East, Suite 600
Youngstown, Ohio 44503
Phone: (330) 744-5211
Fax:   (330) 744-3184
Email: clacich@roth-blair.com
       ddascenzo@roth-blair.com
Attorney for Defendants

SO ORDERED this ____ day of April, 2008

_____
Gary L. Lancaster, U.S. District Judge