IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHEILA A. CAMPBELL<br>Plaintiff,<br><br>v.<br><br>FYDA FREIGHTLINER PITTSBURGH, INC.,<br>Defendant. | Civil Action No. 07-0245 |

## ORDER

AND NOW, this 2nd day of July, 2008, upon consideration of Plaintiff's Motion to Strike [Doc. No. 34], it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED in part. Because defendant failed to comply with W.D. Pa. L.R. 56.1(B)(1) in originally filing its motion for summary judgment [See Doc. Nos. 20-22], plaintiff shall have thirty (30) days to respond to defendant's belated and un-ordered concise statement of material facts [Doc. No. 32] and reply brief in support of its motion for summary judgment [Doc. No. 33]. Accordingly, plaintiff's response to the same will be due on or before August 1, 2008. **THE COURT WILL ACCEPT NO FURTHER BRIEFING REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT.**

BY THE COURT:

_/s/_ J.

cc: All Counsel of Record